IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Penn Engineering & Manufacturing Co. | ) | **Case No. 2:19-CV-00513** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| Peninsula Components, Inc., | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO COMPEL RESPONSES TO DOCUMENT REQUESTS**

Defendant Peninsula Components, Inc. hereby moves for an order compelling Plaintiff Penn Engineering & Manufacturing Corp. to respond in full to certain requests for the production of documents, and to produce accompanying documents, as set forth fully in the accompanying Brief in Support of Defendant's Motion To Compel Responses To Document Requests, which is incorporated herein by reference.

Respectfully submitted,

/s/ Daniel B. Gross
Samuel W. Silver (Pa. I.D. 56596)
Email: ssilver@schnader.com
Daniel B. Gross (Pa. I.D. 324420)
Email: dgross@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
215-751-2309; 2596

/s/ Igor Shoiket
Igor Shoiket (pro hac vice)
Richard A. Nebb (pro hac vice)

Dated: October 23, 2019

Michael E. Dergosits (pro hac vice)
DERGOSITS & NOAH LLP
One Embarcadero Center, Suite 350
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
Email: rnebb@dergnoah.com
E-mail: mdergosits@dergnoah.com
Email: ishoiket@dergnoah.com

Attorneys for Defendant
Peninsula Components, Inc.