IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENN ENGINEERING & MANUFACTURING CORP.** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **PENINSULA COMPONENTS, INC.** *Defendant* | : : : | No. 19-513 |

## ORDER

**AND NOW**, this 16th day of December, 2019, upon consideration of the pending discovery and sealing motions (Doc. Nos. 26, 27, 28, 36, 38, 39, 41, 44, 48), it is hereby **ORDERED** that an in-person oral argument on the pending motions set forth in this Order is scheduled to be held on **January 3, 2020 at 11:00 A.M.** in Courtroom 10B before the Honorable Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106. It is further **ORDERED** that a representative of the parties shall appear in-person at the oral argument, and the parties must jointly file a one-page statement on or before **December 30, 2019** identifying any outstanding discovery issues. **Judge Pratter strongly urges Oral Argument to be presented by junior counsel on this case.**

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**