IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENN ENGINEERING & MANUFACTURING CORP.** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 19-cv-513 |
| | : | |
| **PENINSULA COMPONENTS, INC.,** | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this __1ST__ day of April, 2021, upon consideration of Plaintiff's Consolidated Motion to Compel Responses to Requests for Production, and Have Requests for Admission Deemed Admitted, or in the Alternative, to Compel Responses to Requests for Admission, and to Clarify Other Discovery Issues (Pl.'s Consol. Mot., ECF No. 181) and Defendant's response thereto (Def.'s Resp., ECF No. 184), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED in part** and **DENIED in part** as follows:

1. Within seven days, Defendant shall state whether it has withheld any responsive materials on the basis of any objection to the Requests for Production (RFPs) at issue in the motion and, in response to RFP numbers 58 to 61, 69 to 72, 74, 77, 85 and 98, provide full and complete responses and produce all nonprivileged responsive documents in its possession, custody or control, to the extent it has not already done so.

2. Request for Admission (RFA) number 52 is deemed admitted as to the period between February 5, 2019, and June 2020, and RFA numbers 58 to 59 and 63 to 66 are deemed admitted in their entireties.

3. Within seven days, Defendant shall answer RFAs 60 to 61 and 74 to 89.

4. Discovery is not limited to the allegations added in Plaintiff's amended complaint, except as to Plaintiff's additional deposition of Defendant's corporate representative.

5. The remainder of the motion is **DENIED**.

BY THE COURT:

  /s/ Lynne A. Sitarski_____
LYNNE A. SITARSKI
United States Magistrate Judge