IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENN ENGINEERING & MANUFACTURING CORP.** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 19-cv-513 |
| | : | |
| **PENINSULA COMPONENTS, INC.,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this __3RD__ day of August, 2021, upon consideration of Defendant's Motion to Compel Discovery Related to the January 15, 2021 Expert Report of Erich Joachimsthaler (Mot. to Compel, ECF No. 193), Plaintiff's response thereto (Resp., ECF No. 204), and Defendant's reply in support (Reply, ECF No. 207), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED in part** and **DENIED in part** as follows:

1. Plaintiff shall produce Suzanne Lawton and Greg Swafford for deposition limited to the information they provided to the Vivaldi Group during their October 2020 interviews.

2. Plaintiff shall produce Chris Aldred for deposition consistent with the Federal Rules of Civil Procedure.

3. Plaintiff shall produce a less redacted version of its March 3, 2021 invoice showing each timekeeper's billing rate and the total monetary amount of his or her billings.

4. Plaintiff must produce the deponents and invoice within 10 days of the date of this order, unless mutually agreed otherwise by both parties.

5. The remainder of the motion is **DENIED**.

BY THE COURT:

_/s/ Lynne A. Sitarski_
LYNNE A. SITARSKI
United States Magistrate Judge