IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENN ENGINEERING & MANUFACTURING CORP.** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 19-cv-513 |
| | : | |
| **PENINSULA COMPONENTS, INC.,** | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this __12TH__ day of August, 2021, upon consideration of Defendant's Motions to Compel Production (ECF Nos. 200, 203), Plaintiff's response thereto (Resp., ECF No. 212), and Defendant's reply in support (Reply, ECF No. 216), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED in part** and **DENIED in part** as follows:

1. Plaintiff shall produce all documents regarding any policies and practices with respect to Plaintiff's distributors that sell Plaintiff's products to Plaintiff's competitors;

2. Plaintiff shall produce all information in Plaintiff's database showing authorized Plaintiff's distributors' sales to unauthorized distributors or representatives;

3. Plaintiff shall produce all information about quality-based returns by Plaintiff's distributors of the fastener products at issue over the last ten years.

4. Plaintiff shall produce the documents and information within 10 days of the date of this order, unless mutually agreed otherwise by both parties.

5. The remainder of the motion is **DENIED**.

BY THE COURT:

_/s/ Lynne A. Sitarski_
LYNNE A. SITARSKI
United States Magistrate Judge