### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENN ENGINEERING &** | **:** | **CIVIL ACTION** |
| **MANUFACTURING CORP.** | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **No.: 19-cv-513** |
| | **:** | |
| **PENINSULA COMPONENTS, INC.,** | **:** | |
| **Defendant.** | **:** | |

## O R D E R

**AND NOW**, this __30TH__ day of August, 2021, upon consideration of Plaintiff's

Motion to Compel Access to Defendant's Google Ads Accounts, or in the Alternative,

Production of Google Ads Reports (ECF No.199), Defendant's response thereto (ECF No. 210),

and Plaintiff's reply in support (ECF No. 217), and for the reasons set forth in the memorandum

filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's Motion is

**GRANTED**.  Within 10 days of the date of this Order, Defendant shall provide Plaintiff with

either: (1) all Google Ads reports listed in the URL emailed by Plaintiff's counsel to Defendant's

counsel on May 15, 2021, or (2) three hours of access to its Google Ads account, limited to

Plaintiff's attorneys and experts only.  If Defendant chooses the latter option, it may monitor

Plaintiff's access remotely and/or in-person, and it does not have to provide any support or

training to Plaintiff.

BY THE COURT:


  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge