IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENN ENGINEERING & MANUFACTURING CORP.** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 19-cv-513 |
| | : | |
| **PENINSULA COMPONENTS, INC.,** | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this __3RD__ day of September, 2021, upon consideration of Defendant's Motion for a Protective Order (ECF No. 189), Plaintiff's response thereto (ECF No. 195), Defendant's reply in support (ECF No. 201), and the parties' supplemental memoranda (ECF Nos. 208 and 209), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED in part** and **DENIED in part**. Defendant shall produce, within 14 days, any nonprivileged documents responsive to Plaintiff's requests for production and not already produced, but it need not respond to Plaintiff's requests for admission.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge