IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENN ENGINEERING & MANUFACTURING CORP.** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 19-cv-513 |
| | : | |
| **PENINSULA COMPONENTS, INC.,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this __15TH__ day of September, 2021, upon consideration of Defendant's Motion to Strike Plaintiff's Confidentiality Designations on Its Supplemental Expert Reports (ECF No. 220), Plaintiff's response thereto (ECF No. 223) and Defendant's reply in support (ECF No. 226), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED in part** and **DENIED in part**. The Court denies Defendant's request to remove all confidentiality designations from Erich Joachimsthaler's and Carmen Vertullo's supplemental expert reports. However, within five days of the date of this Order, Plaintiff shall provide Defendant copies of these reports with updated confidentiality designations limited to only the parts or portions of the reports containing confidential information.

BY THE COURT:

_/s/ Lynne A. Sitarski_
LYNNE A. SITARSKI
United States Magistrate Judge