IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENN ENGINEERING &** | : | **CIVIL ACTION** |
| **MANUFACTURING CORP.** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 19-cv-513 |
| | : | |
| **PENINSULA COMPONENTS, INC.,** | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this __25TH__ day of October, 2021, upon consideration of Defendant's Motion for Clarification of Order Dated August 30, 2021 (ECF No. 237) and Plaintiff's response in opposition thereto (ECF No. 244), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED IN PART** and **DENIED IN PART.** Within 10 days of the date of this Order, Defendant shall produce to Plaintiff all Google Ads reports, only, listed in the URL that Plaintiff's counsel emailed to Defendant's counsel on May 15, 2021. Defendant need not produce a deponent to testify about these reports.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge