IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENN ENGINEERING &** | : | **CIVIL ACTION** |
| **MANUFACTURING CORP.** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 19-cv-513 |
| | : | |
| **PENINSULA COMPONENTS, INC.,** | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this __26TH__ day of January, 2022, upon consideration of Plaintiff's Motion to Enforce Discovery Order and for Sanctions Against Defendant Peninsula Components, Inc. (ECF No. 253), Defendant's response thereto (ECF No. 264) and Plaintiff's reply in further support (ECF No. 269), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED IN PART** and **DENIED IN PART.**

**IT IS FURTHER ORDERED** that:

1. Within seven days of the date of this Order, Defendant shall file a declaration from Multiview, Inc. attesting to its efforts surrounding its part in the PEM037 Production;

2. The Court otherwise denies Plaintiff's motion;

3. Within five days of the date of this Order, Plaintiff, after conferring in good faith with Defendant regarding any opposition, shall file a motion not to exceed five pages setting forth its "specific examples or articulated reasoning" under *In re Avandia Mktg., Sales Pracs. & Prods. Liab. Litig.*, 924 F.3d 662, 672 (3d Cir. 2019) for sealing Exhibits 6 and 7 to its reply and representing whether the motion is opposed or unopposed;

4. If Defendant opposes the motion, it shall file its response, also limited to five pages, within three days of Plaintiff's filing;

5. No further briefing shall be permitted.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge