IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENN ENGINEERING & MANUFACTURING CORP., *Plaintiff* | : : : : | CIVIL ACTION |
| v. | : : | |
| PENINSULA COMPONENTS, INC., *Defendant* | : : | No. 19-513 |

### ORDER

AND NOW, this 22nd day of June, 2023, upon consideration of Penn Engineering's Motion to Compel the production of Peninsula's updated sales information (Doc. No. 333), the response and reply thereto, and the oral argument held on March 24, 2023, it is hereby **ORDERED** that the motion (Doc. No. 333) is **GRANTED** in part and **DEEMED MOOT** in part. Peninsula shall supplement up to the date of this Order all documents responsive to Penn Engineering's Requests for Production nos. 21-34, 44, 46, 48, 49, 62-65, and 135, except as to any documents that refer to products involved *solely* with Peninsula's use of any of the marks at issue in printed cross-reference sheets or the resale of authentic Penn Engineering fasteners. It is further **ORDERED** that Penn Engineering's motion for leave to file an oversized supplemental brief (Doc. No. 338) is **DEEMED MOOT**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
**United States District Judge**