IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENN ENGINEERING & MANUFACTURING CORP.,** *Plaintiff* | : CIVIL ACTION : : |
| v. | : : |
| **PENINSULA COMPONENTS, INC.,** *Defendant* | : No. 19-513 : |

## ORDER

AND NOW, this 16th day of January, 2024, upon consideration of Peninsula Components' Motion to Bifurcate (Doc. No. 374), Penn Engineering's Response in Opposition (Doc. No. 378), Peninsula's Reply (Doc. No. 380), Penn Engineering's Surreply (Doc. No. 382), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion (Doc. No. 374) is **GRANTED**. The jury will hear issues on liability only, and the Court will hear damages issues, if needed.

It is **FURTHER ORDERED** that there is no claim for punitive damages operative at this time, but the parties are permitted to move the Court to include/exclude punitive damages from trial based on their submission of facts of record as of two weeks before the trial's start date.

BY THE COURT:

_/s/ Gene E.K. Pratter_
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE