# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENN ENGINEERING & MANUFACTURING CORP.,** *Plaintiff* | : : : : | **CIVIL ACTION** |
| v. | : : | |
| **PENINSULA COMPONENTS, INC.,** *Defendant* | : : | No. 19-513 |

## ORDER

**AND NOW**, this 6th day of May, 2024, upon consideration of Penn Engineering's Motion to Dismiss Various Claims (Doc. No. 434) ("Motion"), Peninsula's Response in Opposition (Doc. No. 435), and Penn Engineering's Reply in Support of the Motion (Doc. No. 436), it is hereby **ORDERED** that the Motion (Doc. No. 434) is **GRANTED**. Counts 6, 7, 10, 11, 15, 16, 18-21, and 23-34 of Penn Engineering's Second Amended Complaint (Doc. No. 211) are **DISMISSED WITH PREJUDICE.**

BY THE COURT:


s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE