# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENN ENGINEERING & MANUFACTURING CORP.** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-513 |
| | : | |
| **PENINSULA COMPONENTS, INC.** | : | |

## ORDER

This 12th day of December, 2025, pursuant to the verdict on liability returned by the jury, ECF 462, and the Court's findings of fact and conclusions of law as set forth in open court on December 11, 2025, it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Plaintiff Penn Engineering and Manufacturing Company and against Defendant Peninsula Components, Inc. in the amount of $17,886, on Penn Engineering's claims for trademark infringement for Peninsula's use of the trademark PEM in a series of online adds between February, 1, 2017 and August 9, 2023.

It is further **ORDERED** pursuant to the jury's verdict on liability that **JUDGMENT** is entered in favor of Defendant Peninsula Components, Inc. and against Plaintiff Penn Engineering on all other claims brought by Plaintiff.

It is further **ORDERED** that Defendant Peninsula Components, Inc. is permanently **ENJOINED** from use of the trademark PEM in online advertising.

  /s/ Gerald Austin McHugh  
United States District Judge