**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PENN ENGINEERING &** | : | |
| **MANUFACTURING CORP.** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 19-513** |
| | : | |
| **PENINSULA COMPONENTS, INC.** | : | |

## ORDER

This 30th day of March, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Judgment as a Matter of Law, ECF 518, is **DENIED.**

It is further **ORDERED** that its request for alternative relief is **GRANTED**, as follows: The Injunction set forth in this Court's Order of December 12, 2025, ECF 508, entering Judgment in this matter, is **MODIFIED** to permanently enjoin Defendant Peninsula Components, Inc. from "using the trademark PEM in online advertising in any manner suggesting that Peninsula is the source of PEM products."

The Clerk is requested to close this case for statistical purposes.

 /s/ Gerald Austin McHugh
United States District Judge